RICHARD STOCKTON, STEPHEN N. BAYARD, AND ELIAS E. BOUDINOT, SURVIVING TRUSTEES OF THE ESTATE OF ELISHA BOUDINOT, DECEASED, *versus* NATHANIEL CHAMP, JOHN BURBANK, AND MELVIN DORR.

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Notice of suit ordered published *p. 168; (2) demurrer overruled, rule to plead or answer *p. 217; (3) bill taken as confessed *p. 219; (4) motion to take bill as confessed and for reference to master *p. 275; (5) bill taken as confessed, referred to master *p. 294; (6) decree *p. 348; (7) decree signed *p. 385.

PAPERS IN FILE: (1) Bill of complaint; (2) bond for costs; (3) precipe for subpoena; (4) writ of subpoena and return; (5) affidavit of non-residence, motion for notice by publication; (6) affidavit of publication of notice; (7) demurrer of Melvin Dorr; (8) motion to overrule demurrer and for rule to answer; (9) answer of John Burbank; (10) clerk's certificate of Melvin Dorr's failure to answer; (11) stipulation as to date of a certain payment; (12) motion for reference to master; (13) master's report of amount due; (14) draft of decree.

*Chancery Case* 92 of 1827.

IN THE MATTER OF THE ESTATE OF JOHN W. BURNETT, DECEASED.

JOURNAL ENTRIES (1828): *Journal 4:* (1) Notice of petition ordered published *p. 169; (2) motion for license to sell *p. 177; (3) license to sell *p. 179.

PAPERS IN FILE: (1) Petition; (2) certificate of judge of probate; (3) affidavit of publication of notice; (4) draft of order of sale.

*1824–36 Calendar,* MS p. 147 (2nd).

ROBERT P. LEWIS *versus* ADNA MERRITT.

JOURNAL ENTRIES (1828): *Journal 4:* (1) Motion for additional return to certiorari overruled *p. 169; (2) judgment affirmed *p. 191.

PAPERS IN FILE: [None]

*1824–36 Calendar,* MS p. 130. Recorded in *Book C,* MS pp. 142–6.

LOT T. JANNY *versus* IGNACE ROULEAU.

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Rule to show why return not made to certiorari *p. 172; (2) cause shown *p. 173; (3) rule to join in errors, continued *p. 194; (4) rule to join in errors extended *p. 240; (5) rule to join in errors *p. 334; (6) motion for continuance *p. 345; (7) judgment reversed *p. 415.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) affidavit for supersedeas, allocatur; (4) precipe for supersedeas; (5) motion for rule to show why return not made to certiorari; (6) copy of rule to show cause, return; (7) draft of entry of cause shown; (8) assignment of errors; (9) rule to join in error, acceptance of service; (10) affidavit for extension of rule; (11) writ of fi. fa. for costs, return.

*1824–36 Calendar,* MS p. 137.